1  ROB BONTA
   Attorney General of California
2  JEFFREY R. VINCENT
   Supervising Deputy Attorney General
3  KYMBERLY E. SPEER
   Deputy Attorney General
4  State Bar No. 121703
     1515 Clay Street, 20th Floor
5    P.O. Box 70550
     Oakland, CA 94612-0550
6    Telephone: (510) 879-0985
     Fax:        (510) 622-2270
7    E-mail:    Kymberly.Speer@doj.ca.gov

8  Attorneys for Defendant State of California,
   appearing by and through its California Highway Patrol,
9  and Michael Griffin

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND

| | |
|---|---|
| **ESTATE OF CHARLES CHIVRELL; ARIELLE CHIVRELL, K.C. and D.C.,**<br><br>Plaintiffs,<br><br>v.<br><br>**CITY OF ARCATA; ARCATA POLICE DEPARTMENT; BRIAN AHEARN; BRIAN HOFFMAN; JOSEPH RODES; STATE OF CALIFORNIA; CALIFORNIA HIGHWAY PATROL; MICHAEL GRIFFIN; DOES 1-20,**<br><br>Defendants. | 4:22-cv-00019 HSG<br><br>**STIPULATED ADMINISTRATIVE MOTION TO ADVANCE HEARING DATE;** ~~PROPOSED~~ **ORDER**<br><br>**(Local Rule 7-11)**<br><br>Courtroom: 2 – 4th Floor<br>Judge: Hon. Haywood S. Gilliam, Jr.<br>Trial Date: None set<br>Action Filed: January 4, 2022 |

Pursuant to Local Rule 7-11, Plaintiffs and Defendant State of California, appearing by and through its California Highway Patrol, and Michael Griffin (the CHP Defendants), hereby stipulate, and so move this Court, for an administrative order advancing the hearing date on the CHP Defendants' motion to dismiss (ECF No. 26) from June 23, 2022 to June 2, 2022.

///

1

1  The grounds for this administrative motion are that the motion to dismiss filed by Defendants City of Arcata, Arcata Police Department and related defendants (the Arcata Defendants), ECF Nos. 21 and 23, is set for hearing on June 2, 2022. Both motions address the sufficiency of the Complaint, ECF No. 1. Having the two motions heard together, rather than in two hearings separated by nearly three weeks, will promote judicial economy as it will allow the sufficiency of the pleadings to be resolved in one hearing and at the earliest possible date, and aid in calendaring further deadlines and events in this case.

**IT IS SO STIPULATED.**

Dated: March 15, 2022        LAW OFFICE OF MARK E. MERIN

/s/ *Paul Masuhara*

__(as authorized March 16, 2022)__
MARK E. MERIN, ESQ.
PAUL H. MASUHARA, III, ESQ.
*Attorneys for Plaintiffs*
*Estate of Charles Chivrell; Arielle Chivrell, K.C. and D.C.*

Dated: March 15, 2022        ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP

/s/ *John Robinson*

__(as authorized March 16, 2022)__
PATRICK D. MORIARTY, ESQ.
JOHN B. ROBINSON, ESQ.
*Attorneys for Defendants*
*City of Arcata; Arcata Police Department;*
*Brian Ahearn; Brian Hoffman; and Joseph Rodes*

Dated: March 15, 2022        ROB BONTA
Attorney General of California
Jeffrey R. Vincent
Supervising Deputy Attorney General

*Kymberly E. Speer*

KIMBERLY E. SPEER
Deputy Attorney General
*Attorneys for Defendant State of California*
*appearing by and through its California Highway Patrol,*
*and Michael Griffin*

2

Stipulated Administrative Motion to Advance Hearing Date; ~~Proposed~~ Order, etc. (4:22-cv-00019 HSG)

~~[PROPOSED]~~
**ORDER ON STIPULATION**

Good cause appearing therefor, IT IS HEREBY ORDERED THAT the hearing on ECF No. 26 is hereby advanced from June 23, 2022 to June 2, 2022, at 2:00 p.m.

Dated: 3/18/2022    *Haywood S. Gilliam, Jr.*
HON. HAYWOOD S. GILLIAM, JR.

OK2022400091

3

Stipulated Administrative Motion to Advance Hearing Date; ~~Proposed~~ Order, etc. (4:22-cv-00019 HSG)