UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ESTATE OF CHARLES CHIVRELL, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF ARCATA, et al., <br><br> Defendants. | Case No. 4:22-cv-00019-HSG <br><br> **ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE AMENDED PLEADING** |

The Court GRANTS Plaintiffs Estate of Charles Chivrell, Arielle Chivrell, K.C. and D.C.'s motion for leave to file an amended pleading, pursuant Federal Rule of Civil Procedure 15(a)(2).

Accordingly, Plaintiffs' allegations supporting the ratification theory alleged in the currently-operative Second Amended Complaint, ECF No. 100, in relation to the Fourth and Fifth Claims are recognized to also support each of Plaintiffs' other claims alleged against Defendants City of Arcata, Arcata Police Department, and Brian Ahearn.

IT IS SO ORDERED.

Dated:   11/9/2023

_____
Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT JUDGE

1

**ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE AMENDED PLEADING**
*Estate of Chivrell v. City of Arcata*, United States District Court, Northern District of California, Case No. 4:22-cv-00019-HSG