UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ESTATE OF CHARLES CHIVRELL, et al., Plaintiffs, v. CITY OF ARCATA, et al., Defendants. | Case No. 22-cv-00019-HSG<br><br>**SCHEDULING ORDER** |
|---|---|
| A. C., et al., Plaintiffs, v. CITY OF ARCATA, et al., Defendants. | Case No. 22-cv-4804-HSG |

A case management conference was held on October 1, 2024. Having considered the parties' proposals, *see* Dkt. No. 130 for Case No. 22-cv-00019 and Dkt. No. 67 for Case No. 22-cv-4804, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Exchange of Opening Expert Reports | February 17, 2025 |
| Exchange of Rebuttal Expert Reports | March 19, 2025 |
| Close of Fact and Expert Discovery | April 18, 2025 |
| Dispositive Motion Hearing Deadline | June 12, 2025, at 2:00 p.m. |
| Pretrial Conference | September 16, 2025, at 3:00 p.m. |
| Jury Trial (5 days) | September 29, 2025, at 8:30 a.m. |

//

1	These dates may only be altered by order of the Court and only upon a showing of good

2	cause.  The parties are directed to review and comply with this Court's standing orders.  This order

3	terminates Dkt. No. 130 for Case No. 22-cv-00019 and Dkt. No. 67 for Case No. 22-cv-4804.

4	**IT IS SO ORDERED.**

5	Dated:   October 17, 2024

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge