Mark E. Merin (State Bar No. 043849)
Paul H. Masuhara (State Bar No. 289805)
LAW OFFICE OF MARK E. MERIN
1010 F Street, Suite 300
Sacramento, California 95814
Telephone: (916) 443-6911
Facsimile: (916) 447-8336
E-Mail: mark@markmerin.com
paul@markmerin.com

Attorneys for Plaintiffs
ESTATE OF CHARLES CHIVRELL, ARIELLE CHIVRELL, K.C., and D.C.

PATRICK MORIARTY, State Bar No. 213185
pmoriarty@cmtrlaw.com
JOHN ROBINSON, State Bar No. 297065
jrobinson@cmtrlaw.com
CASTILLO, MORIARTY, ROBINSON, LLP
75 Southgate Avenue
Daly City, CA 94015
Telephone: (415) 213-4098

Attorneys for Defendants
CITY OF ARCATA, ARCATA POLICE DEPARTMENT, BRIAN AHEARN, BRIAN HOFFMAN, JOSEPH RODES, and EVAN BEECHEL

THE ZWERDLING FIRM, LLP
Heidi Holmquist Wells (SBN 266307)
804 3rd Street
Eureka, CA 95501
Telephone: (707) 798-6211
Fax: (707) 798-6240
hhwells@zwerdlinglaw.com

Attorney for Plaintiffs
A.C., C.C., D.C., and T.C.

ROB BONTA
Attorney General of California
JEFFREY R. VINCENT
Supervising Deputy Attorney General
KYMBERLY E. SPEER
Deputy Attorney General
State Bar No. 121703
1515 Clay Street, 20th Floor
P.O. Box 70550
Oakland, CA 94612-0550
Telephone: (510)879-0985
Fax: (510) 622-2270
E-mail: Kymberly.Speer@doj.ca.gov

Attorneys for Defendants
STATE OF CALIFORNIA, CALIFORNIA HIGHWAY PATROL, MICHAEL GRIFFIN, and MOISES CORNEJO MERCADO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ESTATE OF CHARLES CHIVRELL, ARIELLE CHIVRELL, K.C., and D.C.,

Plaintiffs,

vs.

CITY OF ARCATA, ARCATA POLICE DEPARTMENT, BRIAN AHEARN, BRIAN HOFFMAN, JOSEPH RODES, EVAN BEECHEL, STATE OF CALIFORNIA, CALIFORNIA HIGHWAY PATROL, MICHAEL GRIFFIN, MOISES CORNEJO MERCADO, and DOE 1 to 20,

Defendants.

A.C., C.C., D.C., and T.C.,

Case No. 4:22-cv-00019-HSG

**STIPULATION RE EXPERT DISCOVERY CUT-OFF; ORDER**

Related Case No. 4:22-cv-04804-HSG

Plaintiffs,

vs.

CITY OF ARCATA, ARCATA POLICE DEPARTMENT, BRIAN AHEARN, BRIAN HOFFMAN, MOISES CORNEJO MERCADO, EVAN BEECHEL, JOSEPH RODES, MICHAEL GRIFFIN, and DOES 1 to 20,

Defendants.

IT IS HEREBY STIPULATED, by and between Plaintiffs and Defendants (hereinafter, "the Parties"), through their respective counsel of record, as follows:

WHEREAS, on October 17, 2024, the Court issued a Scheduling Order (ECF No. 132), which set the expert discovery cutoff for April 18, 2025;

WHEREAS, the Parties have diligently pursued discovery and have completed nearly all depositions;

WHEREAS, due to scheduling conflicts and availability, the deposition of Plaintiffs' expert, Roger Clark, could not be completed before the April 18, 2025 deadline;

WHEREAS, the Parties have conferred and agree to extend the expert discovery deadline solely for the purpose of completing the deposition of Roger Clark;

NOW, THEREFORE, the Parties respectfully request and stipulate that the expert discovery cutoff be extended to April 29, 2025, for the limited purpose of taking the deposition of Plaintiffs' expert, Roger Clark, with all other dates and deadlines in the Scheduling Order to remain unchanged.

IT IS SO STIPULATED.

Dated: April 7, 2025

Respectfully Submitted,
CASTILLO MORIARTY ROBINSON, LLP

*/s/ Patrick Moriarty*
By: ________________________________
Patrick Moriarty
John Robinson

Attorneys for Defendants
CITY OF ARCATA, ARCATA POLICE DEPARTMENT, BRIAN AHEARN, BRIAN HOFFMAN, JOSEPH RODES,

2

**STIP RE EXPERT DISCOVERY CUT-OFF**
*Estate of Chivrell v. City of Arcata*, United States District Court, Northern District of California, Case No. 4:22-cv-00019-HSG

and EVAN BEECHEL

Dated: April 7, 2025

LAW OFFICE OF MARK E. MERIN

*/s/ Mark E. Merin*

By: ______________________________

Mark E. Merin
Paul H. Masuhara

Attorneys for Plaintiffs
ESTATE OF CHARLES CHIVRELL, ARIELLE CHIVRELL, K.C., and D.C.

Dated: April 7, 2025

THE ZWERDLING LAW FIRM, LLP

*/s/ Heidi Holmquist Wells*

By: ______________________________

Heidi Holmquist Wells

Attorney for Plaintiffs
A.C., C.C., D.C., and T.C.

Dated: April 7, 2025

*/s/ Kymberly E. Speer*

By: ______________________________

Jeffrey R. Vincent
Kymberly E. Speer

Attorneys for Defendants
STATE OF CALIFORNIA, CALIFORNIA HIGHWAY PATROL, MICHAEL GRIFFIN, and MOISES CORNEJO MERCADO

3

**STIP RE EXPERT DISCOVERY CUT-OFF**
*Estate of Chivrell v. City of Arcata*, United States District Court, Northern District of California, Case No. 4:22-cv-00019-HSG

**ORDER**

Pursuant to the Parties' stipulation and good cause appearing, the Court hereby ORDERS as follows:

The expert discovery cutoff is extended to April 29, 2025, for the limited purpose of completing the deposition of Plaintiffs' expert, Roger Clark. All other deadlines set forth in the Court's Scheduling Order (ECF No. 132) shall remain unchanged.

IT IS SO ORDERED.

Dated: 4/8/2025

Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT JUDGE

4

STIP RE EXPERT DISCOVERY CUT-OFF
*Estate of Chivrell v. City of Arcata*, United States District Court, Northern District of California, Case No. 4:22-cv-00019-HSG