```
ROB BONTA
Attorney General of California
ROHIT S. KODICAL
Supervising Deputy Attorney General
State Bar No. 215497
    1515 Clay Street, 20th Floor
    P.O. Box 70550
    Oakland, CA  94612-0550
    Telephone:  (510) 879-0282
    Fax:  (510) 622-2270
    E-mail:  Rohit.Kodical@doj.ca.gov
Attorneys for Defendants State of California
(appearing by and through its California Highway Patrol),
Michael Griffin and Moises Cornejo-Mercado
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ESTATE OF CHARLES CHIVRELL; ARIELLE CHIVRELL, K.C. and D.C.,**<br><br>Plaintiffs,<br><br>v.<br><br>**CITY OF ARCATA; ARCATA POLICE DEPARTMENT; BRIAN AHEARN; BRIAN HOFFMAN; JOSEPH RODES; STATE OF CALIFORNIA; CALIFORNIA HIGHWAY PATROL; MICHAEL GRIFFIN; DOES 1-20,**<br><br>Defendants | 4:22-cv-00019 HSG<br><br>**ORDER GRANTING DEFENDANTS' STIPULATED MOTION TO EXTEND TIME**<br><br>Judge:         The Honorable Haywood S. Gilliam, Jr.<br>Trial Date:    September 29, 2025<br>Action Filed: January 4, 2022 |

For good cause shown, the time for Defendants to file and serve their motion for summary judgment is hereby extended two weeks such that the new deadline is Thursday, May 22, 2025.

IT IS SO ORDERED.

Dated: 5/8/2025

_Haywood S. Gilliam Jr._
Hon. Honorable Haywood S. Gilliam, Jr.
United States District Judge

1