UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF CHARLES CHIVRELL, et al., | Case No. 22-cv-00019-HSG |
| Plaintiffs, | **ORDER SETTING TRIAL SCHEDULE** |
| v. | Re: Dkt. No. 162 |
| CITY OF ARCATA, et al., | |
| Defendants. | |
| A.C. and D.C., C.C. and T.C. | |
| Plaintiffs, | Case No. 22-cv-04804-HSG |
| v. | Re: Dkt. No. 88 |
| CITY OF ARCATA, et al., | |
| Defendants. | |

Having reviewed the parties' statements at the docket entries cited above, the Court **SETS** in the above-captioned cases: 1) a pre-trial conference for November 25, 2025, at 3:00 p.m., and 2) a five-day jury trial to begin on December 15, 2025, at 8:30 a.m., through December 19, 2025. The pre-trial conference and trial will be held in Courtroom 2, Fourth Floor, 1301 Clay Street, Oakland, CA. The Court notes that it is exploring the possibility of holding trial at the Eureka-McKinleyville Courthouse, subject to courtroom availability. Any venue changes will be communicated to the parties as soon as possible.

**IT IS SO ORDERED.**

Dated:   8/14/2025

HAYWOOD S. GILLIAM, JR.
United States District Judge