UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ESTATE OF CHARLES CHIVRELL, ARIELLE CHIVRELL, K.C., and D.C., | Case No. 4:22-cv-00019-HSG |
| Plaintiffs, | **ORDER GRANTING PLAINTIFFS' MOTION FOR APPROVAL OF MINORS' COMPROMISES (as modified)** |
| vs. | |
| CITY OF ARCATA, ARCATA POLICE DEPARTMENT, BRIAN AHEARN, BRIAN HOFFMAN, JOSEPH RODES, EVAN BEECHEL, STATE OF CALIFORNIA, CALIFORNIA HIGHWAY PATROL, MICHAEL GRIFFIN, MOISES CORNEJO MERCADO, and DOE 1 to 20, | |
| Defendants. | |
| A.C., C.C., D.C., and T.C., | Related Case No. 4:22-cv-04804-HSG |
| Plaintiffs, | |
| vs. | |
| CITY OF ARCATA, ARCATA POLICE DEPARTMENT, BRIAN AHEARN, BRIAN HOFFMAN, MOISES CORNEJO MERCADO, EVAN BEECHEL, JOSEPH RODES, MICHAEL GRIFFIN, and DOES 1 to 20, | |
| Defendants. | |

1

**ORDER GRANTING PLAINTIFFS' MOTION FOR APPROVAL OF MINORS' COMPROMISES**
*Estate of Chivrell v. City of Arcata*, United States District Court, Northern District of California, Case No. 4:22-cv-00019-HSG

GOOD CAUSE APPEARING, as stated in Dkt. 201 in Case No. 4:22-cv-00019-HSG, the Court GRANTS plaintiffs' motion for approval of minors' compromise filed by D. C., K. C., Arielle Chivrell, Estate of Charles Chivrell, Dkt. No. 197, as to Plaintiffs D.C. and K.C.

GOOD CAUSE APPEARING, as stated in Dkt. 128 in Related Case No. 4:22-cv-04804-HSG, the Court GRANTS plaintiffs' motion for approval of minors' compromise filed by C.C., D.C., and T.C., Dkt. No. 123, in Related Case No. 4:22-cv-04804-HSG.

IT IS SO ORDERED.

Dated:   2/4/2026

Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT JUDGE

2